United States Bankruptcy Court
Middle District of Pennsylvania

In re: Andrew Charles Hoy, Debtor

Case No. 25-02939-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Nov 04, 2025  Form ID: pdf010  Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Charles Hoy, 21 Clover Lane, Halifax, PA 17032-9512 |
| 5750194 | + | CREDITO REAL USA/FINBE USA, ATTN: BANKRUPTCY DEPT, 1475 W CYPRESS CREEK RD. SUITE #300, FORT LAUDERDALE, FL 33309-1931 |
| 5750196 | + | HUD/FHA, National Servicing Center, 301 NW 6th St, Ste 200, Oklahoma City, OK 73102-2811 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5750188 | | Email/Text: Bankruptcy@BAMcollections.com | Nov 04 2025 18:48:00 | Bureau of Account Management, 3607 Rosemont Ave Ste 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5750189 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2025 18:57:00 | CAP1/KOHLS, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5750198 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 04 2025 18:48:00 | Lakeview Loan Servicing, LLC, 425 Phillips Blvd, Trenton, NJ 08618 |
| 5750190 | ^ | MEBN | Nov 04 2025 18:42:57 | CORNERSTONE, ATTN: BANKRUPTCY DEPT, 120 NORTH SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| 5750191 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 04 2025 18:48:00 | CREDIT ACCEPTANCE, ATTN: BANKRUPTCY, 25505 WEST 12 MILE ROAD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5750192 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 04 2025 18:48:00 | Credit Acceptance, 25505 W. 12 Mile Road, STE 3000, Southfield, MI 48034-8331 |
| 5750193 | + | Email/Text: bk@crealusa.com | Nov 04 2025 18:48:00 | Credito Real, 1475 W. Cypress Creek Road, Fort Lauderdale, FL 33309-1930 |
| 5750195 | + | Email/Text: EBN@edfinancial.com | Nov 04 2025 18:48:00 | EDFinancial Services, ATTN: CLAIMS, PO BOX 36008, Knoxville, TN 37930-6008 |
| 5750197 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2025 18:48:00 | IRS CENTRALIZED INSOLVENCY ORG, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5750199 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2025 18:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5754338 | + | Email/Text: EBN@edfinancial.com | Nov 04 2025 18:48:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Andrew Charles Hoy DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| ANDREW CHARLES HOY, | : |
| | : CASE NO. 1:25-bk-02939-HWV |
| Debtor. | : |

**ORDER**

Upon consideration of the Motion to Extend the Automatic Stay filed by the Debtor, Doc. 9, and no objections having been filed, and the hearing held on November 4, 2025, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 4, 2025