UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ANDREW CHARLES HOY | : | |
| | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| ANDREW CHARLES HOY | : | |
| | : | |
| Respondent(s) | : | CASE NO. **1:25-bk-02939-HWV** |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Failure to properly state the liquidation value in Section 1B of the plan.

2. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

    a. Residential real estate. The Trustee requests an appraisal of the Debtor's real estate. Schedule A lists a value of $150,00. Publicly available online resources, however, indicate that the value of the Debtor's real estate is between $220,000 and $260,000.

3. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a) The plan is underfunded relative to claims to be paid.
    b) Plan ambiguous:
        i. The plan should specify whether the Trustee is to pay any portion of the mortgage arrearage claim.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s)' plan.
    b. Dismiss or convert debtor(s)' case.

        c.    Provide such other relief as is equitable and just.

Dated:   November 13, 2025

                                   Respectfully submitted:

                                  /s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101-

Dated:       November 13, 2025

                                  /s/ Jack N. Zaharopoulos
                                  Office of Jack N. Zaharopoulos
                                  Standing Chapter 13 Trustee