United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-02939-HWV
Andrew Charles Hoy  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Nov 14, 2025  Form ID: ntcnfhrg  Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Charles Hoy, 21 Clover Lane, Halifax, PA 17032-9512 |
| 5750194 | + | CREDITO REAL USA/FINBE USA, ATTN: BANKRUPTCY DEPT, 1475 W CYPRESS CREEK RD. SUITE #300, FORT LAUDERDALE, FL 33309-1931 |
| 5750196 | + | HUD/FHA, National Servicing Center, 301 NW 6th St, Ste 200, Oklahoma City, OK 73102-2811 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5750188 | | Email/Text: Bankruptcy@BAMcollections.com | Nov 14 2025 18:44:00 | Bureau of Account Management, 3607 Rosemont Ave Ste 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5750189 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2025 18:43:45 | CAP1/KOHLS, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 5750198 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 14 2025 18:43:00 | Lakeview Loan Servicing, LLC, 425 Phillips Blvd, Trenton, NJ 08618 |
| 5750190 | ^ | MEBN | Nov 14 2025 18:38:16 | CORNERSTONE, ATTN: BANKRUPTCY DEPT, 120 NORTH SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| 5750191 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 14 2025 18:43:00 | CREDIT ACCEPTANCE, ATTN: BANKRUPTCY, 25505 WEST 12 MILE ROAD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5750192 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 14 2025 18:43:00 | Credit Acceptance, 25505 W. 12 Mile Road, STE 3000, Southfield, MI 48034-8331 |
| 5750193 | + | Email/Text: bk@crealusa.com | Nov 14 2025 18:44:00 | Credito Real, 1475 W. Cypress Creek Road, Fort Lauderdale, FL 33309-1930 |
| 5750195 | + | Email/Text: EBN@edfinancial.com | Nov 14 2025 18:43:00 | EDFinancial Services, ATTN: CLAIMS, PO BOX 36008, Knoxville, TN 37930-6008 |
| 5750197 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2025 18:44:00 | IRS CENTRALIZED INSOLVENCY ORG, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5750199 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2025 18:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5754338 | + | Email/Text: EBN@edfinancial.com | Nov 14 2025 18:43:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Andrew Charles Hoy DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Andrew Charles Hoy,

**Debtor 1**

Chapter 13

Case No.  1:25−bk−02939−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 10, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: December 17, 2025 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 14, 2025 |

ntcnfhrg (08/21)