**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| ANDREW CHARLES HOY, | : | |
| Debtor(s) | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | CASE NO: 1:25-BK-02939-HWV |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| ANDREW CHARLES HOY, | : | |
| Respondent(s) | : | |

**TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO §1307(c)**

AND NOW, on September 23, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and hereby moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with §1307(c).

1. The Debtor filed his Petition on or about October 14, 2025. (ECF No. 1).

2. The Debtor filed his Chapter 13 Plan on October 14, 2025. (ECF No. 8).

3. The Trustee filed a Motion to Dismiss for Material Default on or about January 8, 2026. (ECF No. 28).

4. The Debtor filed a First Amended Chapter 13 Plan on or about April 6, 2026, curing arrears and having Plan payments start April 2026. (ECF No. 34).

5. The Debtor filed a Second Amended Chapter 13 Plan on or about May 15, 2026, with plan payments starting June 2026. (ECF No. 40).

6. The Trustee filed a Motion to Dismiss for Material Default on or about August 4, 2026. (ECF No. 45).

7. The Debtor filed a Third Amended Plan on or about August 12, 2026, that cured arrears for the motion to dismiss for material default. The Amended Plan has payments starting September 2026. (ECF No. 46).

8. On or about September 3, 2026, The Chapter 13 Trustee filed an objection to the feasibility of the plan to state that insufficient monthly net income as indicated on schedules I and J, and unrealistic and speculative step payments, contrary to § 1325(a)(6). (ECF No. 48).

9. Debtor has made one payment to the Trustee on February 4, 2026.

10. Pursuant to § 1322(d) there is an unreasonable delay to creditors as the plan will not be completed in 60 months.

11. Pursuant to § 1307(c),

> Except as provided in subsection (f) of this section, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interest of creditors and the estate, for cause, including –
>
> (1) Unreasonable delay by the debtor that is prejudicial to creditors…

12. Accordingly, Movant respectfully requests that this Honorable Court dismiss this case in accordance with §1307(c).

WHEREFORE, your Trustee respectfully requests your Honorable Court:

(a) dismiss this case in accordance with §1307(c); and

(b) grant any further relief this Honorable Court deems just and proper.

Respectfully submitted,

/s/ Douglas R. Roeder, Esq.
Id: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| ANDREW CHARLES HOY, | : | |
| Debtor(s) | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | CASE NO: 1:25-BK-02939-HWV |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| ANDREW CHARLES HOY, | : | |
| Respondent(s) | : | |

**NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, filed a Motion to Dismiss on September 23, 2026.

If you object to the relief requested, you must file your objection/response on or before October 14, 2026, with the Clerk of Bankruptcy Court, Sylvia H Rambo U.S. Courthouse 1501 North 6th Street Harrisburg, PA 17102, and serve a copy on the Trustee and/or the United States Trustee.

A hearing has been scheduled for October 21, 2026, at 9:35 a.m. at **Sylvia H. Rambo U.S. Courthouse, Courtroom No. 4B, 1501 North 6th Street, Harrisburg, Pennsylvania 17102**, and will be held regardless of any objections or responses having been filed.

Respectfully submitted,

Date: September 23, 2026

/s/ Douglas R. Roeder, Esq.
Id: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| ANDREW CHARLES HOY, | : | |
| Debtor(s) | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | CASE NO: 1:25-BK-02939-HWV |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| ANDREW CHARLES HOY, | : | |
| Respondent(s) | : | |

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 23, 2026, I served a copy of this Motion to Dismiss, Notice, and Proposed Order on the following parties from Hummelstown, PA, unless served electronically:

**SERVED ELECTRONICALLY**

UNITED STATES TRUSTEE
1501 NORTH 6th STREEET
P.O. BOX 302
HARRISBURG, PA 17102

KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101

**SERVED BY FIRST CLASS MAIL**

ANDREW CHARLES HOY
21 CLOVER LANE
HALIFAX, PA 17032

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 23, 2026

/s/ Ashley Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097